HONORABLE DAVID W. CRISTEL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| FIRST AMERICAN PROPERTY & CASUALTY INSURANCE COMPANY, an insurance company.<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SWICK and SHANNON SWICK, each individually and their marital community comprised thereof, and SWICK & SON ENTERPRISES, INC., and BRENDA WATERS,<br><br>Defendants. | Case No. 3:24-cv-05792-DWC<br><br>**STIPULATION AND ORDER REGARDING COVERAGE**<br><br>**NOTE ON MOTION CALENDAR:**<br>**November 13, 2024** |

**COME NOW**, Plaintiff, First American Property & Casualty Insurance Company ("First American"), and Defendant, BRENDA WATERS, ("Defendant Waters"), by and through their counsel of record, and respectfully move this Court, via stipulation, as follows:

**STIPULATION**

1. On September 20, 2024, First American commenced an action in this Court seeking relief in the form of a Declaratory Judgment of no coverage under the Homeowner's policy.

No. 3:24-cv-05792-DWC
STIPULATION AND ORDER RE COVERAGE - 1

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA ST.
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476

2.      Defendant Waters, through her counsel of record, hereby stipulates and agrees that there is no coverage under the Homeowner's policy for the claims made by Waters against Michael and Shannon Swick.

3.      First American and Defendant Waters further stipulate that each party shall bear their own attorneys' fees and costs with respect to this suit and dismiss waters from the case.

4.      This Stipulation is not intended to prevent Plaintiff from pursuing relief from the defendants, Michael and Shannon Swick, in their individual and marital capacities, or against Swick and Son Enterprises, Inc.

DATED this 13th day of November 2024.　　　　DATED this 13th day of November 2024.

**WATHEN | LEID | HALL | RIDER, P.C.**　　　　**DUBIN LAW GROUP**

*s/ Rory W. Leid, III*　　　　　　　　　　　　*s/LaRee Beck__(via email approval)*
Rory W. Leid, III, WSBA #25075　　　　　　LaRee Beck, WSBA #38789
*Attorney for Plaintiff*　　　　　　　　　　　*Attorney for Defendant Waters*
222 Etruria Street　　　　　　　　　　　　　P.O. Box 30947
Seattle, Washington  98109　　　　　　　　Seattle, WA 98113
(206) 622-0494| Fax: (206) 587-2476　　　　(206) 800-8000
rleid@wlhr.legal　　　　　　　　　　　　　LaRee@dublawoffice.com

No. 3:24-cv-05792-DWC
STIPULATION AND ORDER RE COVERAGE - 2

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA ST.
SEATTLE, WASHINGTON  98109
(206) 622-0494/FAX (206) 587-2476

**ORDER**

The Plaintiff and Defendant Waters in the above-referenced action filed a Stipulation Regarding Coverage. The Court having reviewed that stipulation and good cause appearing, declares as follows:

Defendant Waters agrees with First American's position that it has no duty to defend MICHAEL SWICK and SHANNON SWICK, each individually or their marital community comprised thereof, in this action.

Further based upon the Stipulation, Defendant Brenda Waters is hereby DISMISSED from the case with prejudice and without fees and costs.

DATED this 19th day of November, 2024.

_____
HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

**WATHEN | LEID | HALL | RIDER, P.C.**

*s/ Rory W. Leid, III*
Rory W. Leid, III, WSBA #25075
*Attorneys for Plaintiff*
222 Etruria St
Seattle, Washington  98109
(206) 622-0494| Fax: (206) 587-2476
rleid@wlhr.legal

**DUBIN LAW GROUP**

*s/ LaRee Beck_(via email approval)*
LaRee Beck, WSBA #38789
*Attorney for Defendant Waters*
P.O. Box 30947
Seattle, WA 98113
(206) 800-8000
LaRee@dublawoffice.com

No. 3:24-cv-05792-DWC
STIPULATION AND ORDER RE COVERAGE - 3

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA ST.
SEATTLE, WASHINGTON  98109
(206) 622-0494/FAX (206) 587-2476